UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ALLEJE, FEDERICO DELEON ) | BANKRUPTCY CASE 09-14988 |
| ALLEJE, CORRIE L ) | Chapter 7 |
| ) | |
| DEBTORS. ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

    Claim #8    Von Maur    $1.75
                        6565 Brady Street
                        Davenport, IA 52806

Total Check Amount = $1.75

                                             Respectfully submitted,

                                             /s/ Dustin M. Roach
                                             Dustin M. Roach, Chapter 7 Trustee
                                             436 East Wayne Street
                                             Fort Wayne, Indiana 46802
                                             Telephone: 260-424-8132
                                             dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of February 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

                                             /s/ Dustin M. Roach
                                             Dustin M. Roach, Trustee